```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ABDUS SALAAM MALIK,<br><br>     Plaintiff,<br><br>     v.<br><br>CCCF,<br><br>     Defendant. | Civil Action<br>No. 16-6115 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff Abdus Salaam Malik seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Instead of completing the application, Plaintiff merely wrote "N/A" on the form. Plaintiff must fully complete the financial information portion of the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**October 19, 2016**                         **s/ Jerome B. Simandle**
Date                                         JEROME B. SIMANDLE
                                             Chief U.S. District Judge